## BARRINGTON LINDO *v.* GARRELL MULLANEY, SUPERINTENDENT OF HEALTH, CONNECTICUT VALLEY HOSPITAL

The petitioner Barrington Lindo's petition for certification for appeal from the Appellate Court, 78 Conn. App. 827 (AC 22681), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided October 14, 2003

## RICHARD YOUNG *v.* ARNOLD RUTKIN

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 355 (AC 23239), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Paul E. Pollock*, in opposition.

Decided October 14, 2003

## JACQUELINE CABLE *v.* BIC CORPORATION ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 178 (AC 22840), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the workers' compensation commissioner's decision?"

The Supreme Court docket number is SC 17080.